IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CURTIS BERNARD KIRKPATRICK,       )
                                  )
            Petitioner,           )
                                  )
      v.                          )   1:07CV918
                                  )
BUTCH JACKSON, Supt. of           )
Nash Correctional Inst.,          )
                                  )
            Respondent.           )

### **J U D G M E N T**

**Eliason, Magistrate Judge**

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Respondent's motion to dismiss (docket no. 5) is granted, that the habeas petition (docket no. 2) is denied, and that this action be, and the same hereby is, dismissed.

_____
**United States Magistrate Judge**

June 3, 2008